UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRELL D. BROWN,

    Plaintiff,

v.

Case No. 09-14420
Honorable Patrick J. Duggan

RBS CITIZENS, N.A., f/k/a CITIZENS
BANK, N.A., successor by merger to
CCO MORTGAGE CORP., f/k/a CHARTER
ONE MORTGAGE CORP., FEDERAL
NATIONAL MORTGAGE ASSOCIATION, and
TROTT & TROTT, P.C.,

    Defendants.
_____/

## JUDGMENT

On November 12, 2009, Plaintiff initiated this pro se action against Defendants asserting four claims: (1) "UCC violations"; (2) "RICO violations"; (3) "Title 12 bank violations"; and (4) "Fair Debt Collections Practices Act violations." Defendants filed a motion to dismiss and for summary judgment on March 9, 2010, which the Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 20, 2010        s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Derrell D. Brown
9676 Fenton
Detroit, MI 48230
Steven A. Jacobs, Esq.